IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| Plaintiff, | § § § | |
| v. | § § | CASE NO. EP-23-CR-1842-DB |
| (3) RENE HERNANDEZ CORDERO<br>(4) JESUS GERARDO RAMOS<br>Defendants. | § § § § | |

## LIST OF PROPOSED EXHIBITS

| Exhibit Number | Description | Offered | Admitted |
|---|---|---|---|
| 1 | **Parties Involved** | | |
| 1-A | Link Chart | | |
| 1-B | Photograph of Pablo Delgado | | |
| 1-C | Photograph of Brian Alexis Munoz-Castro | | |
| 1-D | Photograph of Rosario Navarro-Sanchez aka Chayo | | |
| 1-E | Photograph of Rene Hernandez-Cordero | | |
| 1-F | Photograph of Jesus Gerardo Ramos | | |
| 1-G | Photograph of S.Q. | | |
| 2 | **Defendant's Detention and Phone on November 8, 2021** | | |
| 2-A | Munoz in Hernandez Phone | | |
| 2-B | Subscriber Information for #3376 | | |
| 2-C | Call Records for Phone #3376 | | |

| | | | |
|---|---|---|---|
| 2-D | Subscriber Information for Phone #9927 | | |
| 2-E | Call Records for Phone #9927 | | |
| 2-F | Records for Phone #1820 | | |
| 2-G | Executed Search Warrant Device 1 | | |
| 2-H | Executed Search Warrant Device 2 | | |
| 2-I | Device 2 Properties (Ramos) | | |
| 2-J | SRA Hardy Contacts in Hernandez Phone | | |
| 2-K | Hernandez Conversation with Fer – August 21st | | |
| 2-L | Translation of 2-K | | |
| 2-M | January 31st Conversation Hernandez and Rural Ramos | | |
| 2-N | Translation of 2-M | | |
| **3** | **March 30 Drug Buy** | | |
| 3-A | Chain of Custody 1B1, 1B2, & 1B3 | | |
| 3-B | Map of Drug Buy | | |
| 3-C | Photograph – Money in Bag | | |
| 3-D | Photograph – Money Provided by FBI | | |
| 3-E | Photograph – Outside of Bag | | |
| 3-F | Photograph – Black Trash Bag | | |
| 3-G | Photograph – Bundles on a Scale | | |
| 3-H | Photograph – Bundles Removed from Trash Bag | | |
| 3-I | Photograph – Business Area | | |
| 3-J | Photograph – CHS Vehicle | | |
| 3-K | Photograph – Methamphetamine Bundles inside Trash Bag | | |

| | | | |
|---|---|---|---|
| 3-L | Photograph – Munoz-Castro at door of CHS vehicle | | |
| 3-M | Photograph – Munoz Castro Leaving CHS vehicle | | |
| 3-N | Photograph – Munoz Castro with Bag | | |
| 3-O | Photograph – Munoz Castro with Trash Bag | | |
| **4** | **March 31st Drug Seizure** | | |
| 4-A | Map – El Paso Gun Exchange | | |
| 4-B | Map – Gun Central | | |
| 4-C | Map – Fox Plaza | | |
| 4-D | Map – At Home Parking Lot | | |
| 4-E | Map – Barcelona Drive | | |
| 4-F | Map – Paraguay Court and Whataburger | | |
| 4-G | Receipt 1 | | |
| 4-H | Receipt 2 | | |
| 4-I | Photograph Blue Ford Car | | |
| 4-J | Photograph S.Q. at Blue Car | | |
| 4-K | Photograph S.Q. Car | | |
| 4-L | Photograph S.Q. Car 2 | | |
| 4-M | Photograph S.Q. Car 3 | | |
| 4-N | Photograph S.Q. Car 4 | | |
| 4-O | Photograph Gun Parts | | |
| 4-P | Photograph Munoz-Castro Vehicle | | |
| 4-Q | Photograph Marijuana in Munoz-Castro Vehicle | | |
| 4-R | Photograph Gun Boxes in Munoz-Castro Vehicle | | |
| 4-S | Photograph Gun Box in Munoz-Castro Vehicle | | |

| | | | |
|---|---|---|---|
| 4-T | Photograph Barcelona Address Search 1 | | |
| 4-U | Photograph Barcelona Address Search 2 | | |
| 4-V | Photograph Barcelona Address Search 3 | | |
| 4-W | Photograph Barcelona Address Search 4 | | |
| 4-X | Photograph Barcelona Address Search 5 | | |
| 4-Y | Photograph Barcelona Address Search 6 | | |
| 4-Z | Photograph Barcelona Address Search 7 | | |
| 4-AA | Photograph Barcelona Address Search 8 | | |
| 4-AB | Photograph Barcelona Address Search 9 | | |
| 4-AC | Photograph Barcelona Address Search 10 | | |
| 4-AD | Photograph Barcelona Address Search 11 | | |
| 4-AE | Photograph Barcelona Address Search 12 | | |
| 4-AF | Photograph Barcelona Address Search 13 | | |
| 4-AG | Photograph Barcelona Address Search 14 | | |
| 4-AH | Photograph Barcelona Address Search 15 | | |
| 4-AI | Photograph Barcelona Address Search 16 | | |
| 4-AJ | Photograph Barcelona Address Search 17 | | |
| 4-AK | Photograph Evidence Submission 1 | | |
| 4-AL | Photograph Evidence Submission 2 | | |
| 4-AM | Photograph Evidence Submission 3 | | |
| 4-AN | Photograph Evidence Submission 4 | | |
| 4-AO | Ledger | | |
| 4-AP | Waiver of Rights Munoz Castro | | |
| 4-AQ | Consent to Search Munoz Castro Ledger | | |

| | | | |
|---|---|---|---|
| 4-AR | Consent to Search Paraguay and Car | | |
| **5** | **August 21st Weapons Buy / Bust** | | |
| 5-A | Air Surveillance | | |
| 5-B | Map of Area | | |
| 5-C | Down Payment | | |
| 5-D | Fernanda phone call July 29th | | |
| 5-E | Translation of 5-D | | |
| 5-F | Fernanda phone call July 29th | | |
| 5-G | Translation of 5-F | | |
| 5-H | Fernanda phone call August 11th | | |
| 5-I | Translation of 5-H | | |
| 5-J | Fernanda phone call August 14th | | |
| 5-K | Translation of 5-J | | |
| 5-L | Fernanda phone call August 19th | | |
| 5-M | Translation of 5-L | | |
| 5-N | Fernanda phone call August 21st | | |
| 5-O | Translation of 5-N | | |
| 5-P | Fernanda second phone call August 21st | | |
| 5-Q | Translation of 5-P | | |
| 5-R | Hernandez phone call August 21st | | |
| 5-S | Translation of 5-4 | | |
| 5-T | Undercover Video 1 | | |
| 5-U | Translation of 5-U | | |
| 5-V | Undercover Video 2 | | |

| | | | |
|---|---|---|---|
| 5-W | Translation of 5-V | | |
| 5-X | Undercover Video 3 | | |
| 5-Y | Translation of 5-X | | |
| 5-Z | Storage Unit Video 1 | | |
| 5-AA | Storage Unit Video 2 | | |
| 5-AB | Screenshots from Undercover Video | | |
| 5-AC | Firearm Information | | |
| 5-AD | Photograph of Storage Unit | | |
| 5-AE | Photograph of Firearms | | |
| 5-AF | Photograph of Firearms up close | | |
| 5-AG | Photograph of Bin in Bronco | | |
| 5-AH | Photograph of Firearms in Bin | | |
| 5-AI | Photograph of Hernandez's Bronco | | |
| 5-AJ | Photograph of Ramos's Truck (Front) | | |
| 5-AK | Photograph of Ramos's Truck (Back) | | |
| 5-AL | Photograph of Boxes in Ramos's Truck | | |
| 5-AM | Photograph of Boxes (up close) | | |
| 5-AN | Photograph of Box 1 open | | |
| 5-AO | Photograph of Box 2 open | | |
| 5-AP | Photograph of firearms parts | | |
| 5-AQ | Photograph of firearms parts | | |
| 5-AR | Photograph of firearms parts | | |
| 5-AS | Undercover conversations with Fer #2319 | | |
| 5-AT | Translation of 5-AS | | |

| | | | |
|---|---|---|---|
| 5-AU | Undercover conversations with Fer #2414 | | |
| 5-AV | Translation of 5-AT | | |
| **6** | **Post Arrest Statements** | | |
| 6-A | Consent to Search (English) | | |
| 6-B | Advice of Rights (English) | | |
| 6-C | Jesus Ramos Advice of Rights and Consent | | |
| 6-D | Jesus Ramos Post Arrest Statement | | |
| 6-E | Translation of 6-D | | |
| 6-F | Rene Hernandez-Cordero Advice of Rights | | |
| 6-G | Rene Hernandez-Cordero Interview | | |
| 6-H | Translation of 6-G | | |
| **7** | **Expert Related Evidence** | | |
| 7-A | Lab Report 1B1 | | |
| 7-B | Lab Report 1B2 | | |
| 7-C | Lab Report 1B3 | | |
| 7-D | E107736 License Determination | | |
| 7-E | E107737 License Determination | | |
| 7-F | E1078123 License Determination | | |
| 7-G | E1078124 License Determination | | |
| 7-H | E1078131 License Determination | | |
| 7-I | E1078193 License Determination | | |
| 7-J | E1078668 License Determination | | |
| 7-K | Non-Existence Record Search | | |
| 7-L | Non-Existence Record Search S.Q. | | |

| | | | |
|---|---|---|---|
| 7-M | Firearms Information | | |
| **8** | **Evidence Related to Count 8** | | |
| 8-A | Currency Reporting | | |
| 8-B | Hernandez Entry Video | | |
| 8-C | M.G. Crossing Information | | |
| 8-D | Conversation between Hernandez and "Manny Gel" | | |
| 8-E | Translation of 3-D | | |
| 8-F | Photograph inside Hernandez Bronco 1 | | |
| 8-G | Photograph inside Hernandez Bronco 2 | | |
| 8-H | Undercover Conversation with Fer | | |
| 8-I | Translation of 3-H | | |
| **9** | **September 11th-13th Evidence** | | |
| 9-A | Hernandez and Rural Ramos Conversation | | |
| 9-B | Pages from Phone #1820 Call Logs | | |
| 9-C | Jesus Ramos Crossing History | | |
| 9-D | Translation of 9-A | | |
| 9-E | Hernandez and #3362 Conversation | | |
| 9-F | Translation of 9-F | | |
| **10** | **September 25th-26th Evidence** | | |
| 10-A | Hernandez and Rural Ramos Conversation | | |
| 10-B | Pages from Phone #1820 Call Logs | | |
| 10-C | Jesus Ramos Crossing History | | |
| 10-D | Translation of 10-A | | |
| 10-E | Hernandez and #3362 Conversation | | |

| | | | |
|---|---|---|---|
| 10-F | Translation of 10-E | | |
| **11** | **October 17th-19th Evidence** | | |
| 11-A | Hernandez and Rural Ramos Conversation | | |
| 11-B | Pages from Phone #1820 Call Logs | | |
| 11-C | Jesus Ramos Crossing History | | |
| 11-D | Translation of 11-A | | |
| 11-E | Hernandez and #3362 Conversation | | |
| 11-F | Translation of 11-E | | |
| **12** | **"El Dorado" Evidence** | | |
| 12-A | Photograph El Dorado 1 | | |
| 12-B | Photograph El Dorado 2 | | |
| 12-C | Photograph El Dorado 3 | | |
| 12-D | Photograph El Dorado 4 | | |
| 12-E | Video El Dorado | | |
| 12-F | Munoz-Castro Consent Form | | |
| 12-G | Munoz-Castro Messages with #2457 | | |
| 12-H | Translation of 12-G | | |
| 12-I | Hernandez Messages with #2457 | | |
| 12-J | Hernandez Messages with Ramos Rural | | |
| 12-K | Translations of 12-I | | |
| 12-L | Munoz Phone Contacts with Ramos Phone | | |
| 12-M | Photograph from Ramos' Phone | | |
| 12-N | Jesus Ramos Crossing Information | | |
| **13** | **July 6th Evidence** | | |

| | | | |
|---|---|---|---|
| 13-A | Hernandez and Rural Ramos Conversation | | |
| 13-B | Hernandez and Sra. Hardy 18 Conversation | | |
| 13-C | Hernandez and Sra. Hardy 22 Conversation | | |
| 13-D | Jesus Ramos Crossing History | | |
| 13-E | Translation of 13-A | | |
| 13-F | Translation of 13-B | | |
| 13-G | Translation of 13-C | | |
| **14** | **July 20th Evidence** | | |
| 14-A | Hernandez and Rural Ramos Conversation | | |
| 14-B | Hernandez and Sra. Hardy 18 Conversation | | |
| 14-C | Jesus Ramos Crossing History | | |
| 14-D | Translation of 11-A | | |
| 14-E | Translation of 11-B | | |
| **15** | **Narcotics Conversations** | | |
| 15-A | Hernandez and Sra. Hardy 22 April 20 | | |
| 15-B | Translation of 15-A | | |
| 15-C | Hernandez and Rural Ramos April 20 | | |
| 15-D | Translation of 15-C | | |
| 15-E | Hernandez and Sra. Hardy 22 April 26 re Munoz | | |
| 15-F | Translation of 15-E | | |
| 15-G | Hernandez conversations with "Manny Gel" | | |
| 15-H | Translation of 15-G | | |
| 15-I | Hernandez and Sra. Hardy 21 March 24 conversation | | |
| 15-J | Translation of 15-I | | |

| 16 | **Delgado Evidence** | | |
|---|---|---|---|
| 16-A | Delgado Consent Form | | |
| 16-B | Delgado Waiver of Rights | | |
| 16-C | Photographs from Search of Delgado Residence | | |

Dated this 23rd day of April, 2024.

Respectfully submitted,

JAIME ESPARZA
UNITED STATES ATTORNEY

BY:   /s/_____
Kyle Myers
Assistant U.S. Attorney
Texas Bar # 24049933
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884
kyle.myers@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2024, a copy of the foregoing instrument was electronically filed with the Clerk using the CM/ECF system which will send notification of such filing to Ray Gutierrez and Robert Perez.

/s/_____
Kyle Myers
Assistant United States Attorney