UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

USA §
§
vs. § NO: EP:23-CR-01842(3)-DB
§
(3) RENE HERNANDEZ CORDERO §

# **LIST OF WITNESSES**

| FOR GOVERNMENT | FOR DEFENDANT |
|---|---|
| 1. Gus Beneavides | 1. |
| 2. Martha Zayas | 2. |
| 3. Charles Bachhuber | 3. |
| 4. Michael Janowski | 4. |
| 5. Casey Thompson | 5. |
| 6. Joshua Worthy | 6. |
| 7. Ramon Guzman | 7. |
| 8. Brian Munoz-Castro | 8. |
| 9. Irma Gamez | 9. |
| 10. Patrick Doolin | 10. |
| 11. Jose Esqueda | 11. |
| 12. Ernesto Herrera | 12. |
| 13. Mark Cervantes | 13. |
| 14. | 14. |
| 15. | 15. |