United States District Court
Western District
Exhibits Log: EP-23-CR-1842-DB(3)
USA vs. Rene Hernandez Cordero, 4/30/2024

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-1-B | Delgado |
| Gov-1-C | Munoz Castro |
| Gov-1-D | Navarro-Sanchez_Redacted |
| Gov-1-F | Ramos |
| Gov-1-G | Photograph SQ |
| Gov-2-A | Munoz in Hernandez Phone |
| Gov-2-B | Subscriber Info Phone #3376 |
| Gov-2-C | Call Records for Phone #3376 |
| Gov-2-D | Subscriber Info Phone #9927 |
| Gov-2-E | Call Records for Phone #9927 |
| Gov-2-F | Records for Phone #1820 |
| Gov-2-G | Executed SW Device 1 |
| Gov-2-H | Executed SW Device 2 |
| Gov-2-I | Device 2 Properties (Ramos) |
| Gov-2-J | SRA Hardy Contacts in Hernandez Phone |
| Gov-3-A | 1B1, 1B2, 1B3 Chain of Custody |
| Gov-3-B | Map of Area |
| Gov-3-C | Money in Bag |
| Gov-3-D | Money Provided by FBI |
| Gov-3-E | Outside of Bag |
| Gov-3-F | Picture of Black Trash Bag |
| Gov-3-G | Picture of Bundles on a Scale |
| Gov-3-H | Picture of Bundles removed from Trash Bag |
| Gov-3-J | Picture of CHS Vehicle |
| Gov-3-L | Picture of Munoz Castro at door of CHS Vehicle |
| Gov-3-M | Picture of Munoz Castro leaving CHS Vehicle |
| Gov-3-N | Picture of Munoz Castro with Bag |
| Gov-3-O | Picture of Munoz Castro with Trash Bag |
| Gov-4-A | El Paso Gun Exchange - Hawkins |
| Gov-4-AA | Photograph Barcelona Address Search 8 |
| Gov-4-AB | Photograph Barcelona Address Search 9 |
| Gov-4-AC | Photograph Barcelona Address Search 10 |
| Gov-4-AD | Photograph Barcelona Address Search 11 |
| Gov-4-AE | Photograph Barcelona Address Search 12 |
| Gov-4-AF | Photograph Barcelona Address Search 13 |
| Gov-4-AG | Photograph Barcelona Address Search 14 |
| Gov-4-AH | Photograph Barcelona Address Search 15 |
| Gov-4-AI | Photograph Barcelona Address Search 16 |
| Gov-4-AJ | Photograph Barcelona Address Search 17 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-4-AK | Photograph Evidence Submission 1 |
| Gov-4-AL | Photograph Evidence Submission 2 |
| Gov-4-AM | Photograph Evidence Submission 3 |
| Gov-4-AN | Photograph Evidence Submission 4 |
| Gov-4-AO | Ledger |
| Gov-4-AP | Waiver of Rights |
| Gov-4-AQ | Conset to Search Ledger |
| Gov-4-AR | Consent to Search Paraguay and Car |
| Gov-4-B | Gun Central |
| Gov-4-C | Fox Plaza |
| Gov-4-D | At Home Parking Lot |
| Gov-4-F | Paraguay Court and Whataburger - Trowbridge |
| Gov-4-G | Receipt 1 |
| Gov-4-H | Receipt 2 |
| Gov-4-I | Photograph Blue Ford Car |
| Gov-4-J | Photograph S.Q. at Blue Car |
| Gov-4-K | Photograph SQ Car |
| Gov-4-L | Photograph SQ Car 2 |
| Gov-4-M | Photograph SQ Car 3 |
| Gov-4-N | Photograph SQ Car 4 |
| Gov-4-O | Photograph Gun Parts |
| Gov-4-P | Photograph Munoz Castro vehicle |
| Gov-4-Q | Photograph Marijuana Munoz Castro |
| Gov-4-R | Photograph Gun Boxes MC Car |
| Gov-4-S | Photograph Gun Box MC car |
| Gov-4-T | Photograph Barcelona Address Search 1 |
| Gov-4-U | Photograph Barcelona Address Search 2 |
| Gov-4-V | Photograph Barcelona Address Search 3 |
| Gov-4-W | Photograph Barcelona Address Search 4 |
| Gov-4-X | Photograph Barcelona Address Search 5 |
| Gov-4-Y | Photograph Barcelona Address Search 6 |
| Gov-4-Z | Photograph Barcelona Address Search 7 |
| Gov-5-AA | Storage Unit Video 2 |
| Gov-5-AB | Screenshots from undercover video |
| Gov-5-AC | Firearm Information |
| Gov-5-AD | Storage Unit |
| Gov-5-AE | Firearms |
| Gov-5-AF | Firearms up close |
| Gov-5-AG | Bin in Bronco |
| Gov-5-AH | Firearms in Bin |
| Gov-5-AI | Hernandez`s Bronco |
| Gov-5-AJ | Ramos Truck Front |
| Gov-5-AK | Ramos Truck Back |
| Gov-5-AL | Boxes in Truck |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-5-AM | Boxes up close |
| Gov-5-AN | Box 1 Open |
| Gov-5-AO | Box 2 open |
| Gov-5-AP | Firearms Parts |
| Gov-5-AQ | Firearms Parts |
| Gov-5-AR | Firearms Parts |
| Gov-5-B | Map of Area |
| Gov-5-C | Down Payment |
| Gov-5-D | Fernanda phone call July 29th |
| Gov-5-E | Translation of 5-D |
| Gov-5-F | Fernanda phone call July 29th |
| Gov-5-G | Translation of 5-H |
| Gov-5-H | Fernanda phone call August 11th |
| Gov-5-I | Translation of 5-H |
| Gov-5-J | Fernanda phone call August 14th |
| Gov-5-K | Translation of 5-J |
| Gov-5-L | Fernanda phone call August 19th |
| Gov-5-M | Translation of 5-L |
| Gov-5-N | Fernanda phone call August 21st |
| Gov-5-O | Translation of 5-N |
| Gov-5-P | Fernanda second phone call August 21st |
| Gov-5-Q | Translation of 5-P |
| Gov-5-R | Hernandez-Cordero phone call August 21st |
| Gov-5-S | Translation of 5-R |
| Gov-5-T | Undercover Video 1 |
| Gov-5-U | Translation of 5-T |
| Gov-5-V | Undercover Video 2 |
| Gov-5-W | Translation of 5-V |
| Gov-5-X | Undercover Video 3 |
| Gov-5-Y | Translation of 5-X |
| Gov-5-Z | Storage Unit Video 1 |
| Gov-6-F | Rene Hernandez Cordero Advice of Rights |
| Gov-6-G | Rene Hernandez Cordero Interview |
| Gov-6-H | Translation of 6-G corrected (1) |
| Gov-7-D | 2023-04-03 - E1077336 - License Determination |
| Gov-7-E | 2023-04-03 - E1077337 - License Determination |
| Gov-7-G | 2023-06-26 - E1078124 - License Determination |
| Gov-7-H | 2023-06-26 - E1078131 - License Determination |
| Gov-7-I | 2023-07-03 - E1078193 - License Determination |
| Gov-7-J | 2023-08-22 - E1078668 - License Determination |
| Gov-7-K | Non Existence Attachment A |
| Gov-7-L | Non-Existence Record Search S.Q |
| Gov-7-M | Firearms Information |
| Gov-7-N | Stipulation 2024-05-06 14.05.20 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-7-O | Commerce Control List |
| Gov-8-A | Currency Reporting |
| Gov-8-B | Hernandez Cordero Entry |
| Gov-8-C | M.G. Crossing_Redacted |
| Gov-8-D | Conversation with Manny Gel |
| Gov-8-E | Translation of 8-F |
| Gov-8-F | Photograph Inside Hernandez Bronco 1 |
| Gov-8-G | Photograpah Inside Hernandez Bronco 2 |
| Gov-8-H | Undercover conersation with Fer |
| Gov-8-I | Translation of 8-H |
| Gov-9-A | Herandez and Rural Ramos |
| Gov-9-B | Pages from 1820 Call Logs-2 |
| Gov-9-C | Jesus Ramos Crossing |
| Gov-9-D | Translation of 9-A |
| Gov-9-E | Hernandez and #3362 Conversation |
| Gov-9-F | Translation of 9-E |
| Gov-10-A | Hernandez and Ramos Rural |
| Gov-10-B | Jesus Ramos Crossing |
| Gov-10-C | Pages from 1820 Call Logs |
| Gov-10-D | Translation of 10-A |
| Gov-10-E | Hernandez and #362 Conversation |
| Gov-10-F | Translation of 10-E |
| Gov-11-A | Hernandez and Ramos Rural |
| Gov-11-B | Pages from 1820 Call Logs |
| Gov-11-C | Jesus Ramos Crossing |
| Gov-11-D | Translation of 11-A |
| Gov-11-E | Hernandez and 3362 |
| Gov-11-F | Translation of 11-E |
| Gov-12-A | El Dorado 1 |
| Gov-12-B | El Dorado 2 |
| Gov-12-C | El Dorado 3 |
| Gov-12-D | El Dorado 4 |
| Gov-12-E | El Dorado Video |
| Gov-12-G | Munoz and 2457 |
| Gov-12-H | Translation of 12-G |
| Gov-12-I | Hernandez-Cordero and 2457 |
| Gov-12-L | Munoz and 5521 |
| Gov-12-N | Jesus Ramos Crossing |
| Gov-13-C | Hernandez and Sra Hardy 22 Conversation |
| Gov-13-G | Translation of 13-C |
| Gov-15-A | Hernandez and Sra Hardy 22 April 20 |
| Gov-15-B | Translation of 15-A |
| Gov-15-C | Hernandez and Ramos Rural April 20 |
| Gov-15-D | Translation of 15-C |

| EXHIBIT | DESCRIPTION |
|---|---|
| Gov-15-E | Hernandez and Sra Hardy 22 April 26 re Munoz 2024-04-29 22.45.35 |
| Gov-15-F | Translation of 15-E |
| Gov-15-G | Hernandez and Manny Gel conversations 2024-04-29 22.45.35 |
| Gov-15-H | Translation of 15-G |
| Gov-16-C | Photographs Delgado House |
| Def-1 | Defense_Storage Unit Video |