**TRANSCRIPT ORDER FORM (JK4-13)** - **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court ___U.S. District Court for the Western District of Texas_____ District Court Docket No. ___3:23-CR-01842-DB_____

Short Case Title ___USA v. Hernandez Cordero_____

**ONLY ONE COURT REPORTER PER FORM** Court Reporter ___Ms. Maria del Socorro Briggs_____

Date Notice of Appeal Filed in the District Court ___09/05/2024_____ Court of Appeals No. ___TBA_____

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**

☐No hearings ☐Transcript is unnecessary for appeal purposes ☐Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**

This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ■Voir Dire ___05/01/2024_____

☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____

☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant:_____

☐Opinion of court _____ ☐Jury Instructions _____ ■Sentencing ___09/04/2024_____

Other proceedings not listed above: _____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 04/24/2024 | Frye Hearing | Judge David Briones |
| 04/30/2024 | Status Conference | Judge David Briones |
| 05/02-07/2024 | Jury Trial 4 days | Judge David Briones |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**

■Private Funds; ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds; ☐Advance Payment Waived by Reporter; ☐U.S. Government Funds

☐Other_____

Signature___/s/ Susan J. Clouthier_____ Date Transcript Ordered___09/05/2024_____

Print Name___Susan J. Clouthier_____ Phone ___346-443-4300_____

Counsel for___Rene Hernandez Cordero_____

Address___9950 Woodloch Forest Dr, Ste 1300, The Woodlands, Texas 77380_____

Email of Attorney: ___susan@clouthierlaw.com_____

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher

☐Other (Specify) _____

Date _____ Signature of Reporter _____Tel._____

Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes_____

Date _____ Signature of Reporter _____