1                    UNITED STATES DISTRICT COURT

2            FOR THE WESTERN DISTRICT OF TEXAS

3                U.S. MAGISTRATE JUDGE

4                   EL PASO DIVISION

5

6

7   UNITED STATES OF AMERICA )No. EP:23-CR-01842-DB

8   vs.                 )El Paso, Texas

9   RENE HERNANDEZ CORDERO   )
                      )August 22, 2023

10  _____

11

12  -----------------------------------------------------------------

13                  INITIAL APPEARANCE

14           Before the Honorable Miguel Torres

15           United States Magistrate Judge

16  -----------------------------------------------------------------

17

18

19

20

21

22

23

24     Proceedings reported by stenotype.  Transcript produced by

25  computer-aided transcription.

1          THE COURT:  Good afternoon.  Is there an agent that

2    needed to be sworn in?

3          Okay, good afternoon to all of you.  I am United States

4    Magistrate Judge Miguel Torres.  We're here to conduct your

5    initial appearance.

6          The purpose of this short hearing is to provide you some

7    basic but important information about your case.  I am going to

8    talk to you about your charges, about the possible sentence you

9    face were you to be convicted of this charge.  We will talk

10   about the time and date of your next hearing and your situation

11   regarding bond.

12         In each one of your cases, the Government has filed a

13   motion asking you be detained pending trial or pending the

14   final disposition of your case.

15         However, at your very next court hearing, and I will give

16   you the setting today, you can take up any bond matters with

17   the Court.

18         Mr. [unintelligible] good afternoon.  You had a chance to

19   speak to everybody?

20         UNKNOWN:  Yes, Your Honor, I have.

21         THE COURT:  Let me tell you about some important

22   rights you have.  Each of you has the right to remain silent.

23   You don't have to -- let me say for any of you, if you have any

24   trouble with the headsets during the hearing, get our attention

25   immediately, either myself, the marshals or somebody.

1    First, I was telling you about some important rights.  You

2  have the right to remain silent.  You don't have to answer any

3  questions about your case.  Anything you say can be used

4  against you.

5    You also have the right to have a lawyer represent you on

6  these criminal charges.  You can hire the attorney of your

7  choice or I will appoint a lawyer if you cannot afford one.

8    Finally, if you are not a citizen of the United States, you

9  have the right to have the consulate of your home country

10  notified that you have been arrested.  You can ask a United

11  States law enforcement officer like -- are we having some

12  trouble?  You have the -- where was I?  You can ask any United

13  States law enforcement officer or lawyer for the government to

14  notify the consulate of your home country you have been

15  arrested.

16    There may be a treaty in place between the United States

17  and your home country that requires your consulate be

18  automatically notified of your arrest.  I am letting you know

19  how you can go about it, if you wish to do so, if you wish to

20  have your consulate notified.

21    Let me ask, is there anybody here, and standup if the

22  answer is yes to this question, is there anybody here who has

23  already hired an attorney?  Anybody?  I will ask you some

24  questions.  For the record, nobody stood up in response to that

25  question.

1    I am going to ask you some questions about your finances so

2    that I can determine whether you qualify for an appointed

3    lawyer.  If the answer to any one of the following two

4    questions is yes, please standup.

5    Do you own any real estate, any land, buildings, rental

6    houses or anything like that?  For the record --

7    UNKNOWN DEFENDANT:  Vehicles?

8    THE COURT:  No; real estate, land.  For the record,

9    nobody stood up in response to that question.

10    Is there anybody here that has over $2,500 in their jail

11    commissary account, or bank account, or cash savings you would

12    have access to, anybody?  For the record, nobody stood up in

13    response to that question.

14    Based on those responses, and based on the financial

15    affidavits that were made available to the Court and the Court

16    has reviewed, based on all of that information, I find that

17    each of you qualifies for an appointed lawyer.  I will tell you

18    who that lawyer is when I speak to you individually about your

19    case.

20    In each one of your cases, with the exception of those of

21    you that are here on supervised release or probation

22    revocations, for the rest of you, in your case, the Government

23    has filed a criminal complaint to initiate these charges

24    against you in federal court.

25    The criminal complaint in your individual cases names you,

1    tells us the place and the date of your alleged offense, and it

2    tells us the exact charge against you, and it is supported by

3    an affidavit that is sworn to by one of the federal agents

4    involved in your case.

5        Let me speak to you individually here.

6        Brian Lopez, if you please stand up.  Say present when I

7    call your name.  Also, Josue Isaac Salazar?

8            DEFENDANTS:  Present [by both].

9            THE COURT:  Each of you is charged with a felony

10   offense.  Specifically, you're charged with conspiracy to

11   transport and move aliens where the Government is alleging you

12   had an agreement, either with each other or other individuals,

13   to commit the offense of transporting aliens where you knew the

14   aliens were here unlawfully and where the transportation was to

15   further the unlawful presence in the United States.

16       This conspiracy charge carries a possible maximum sentence

17   of no time in prison up to ten years in prison, a fine from 0

18   up to $250,000, up to three years of supervised release

19   following any term of imprisonment, and a $100 and $5,000

20   Special Victims Assessment to the Crime Victims Fund.

21       Your next court hearing in each of your cases is this

22   Friday.  This Friday is August 25 at 9 o'clock in the morning.

23   That will be for a detention hearing.

24       Again, the Government asked that you be detained pending

25   trial.  You can take up any bond matters with the Court at that

1  time.

2  The other part of the hearing is a preliminary hearing to

3  determine -- a preliminary hearing is an evidentiary hearing to

4  determine if there is enough evidence essentially for the

5  charges to continue against you.

6  Mr. Lopez, I'm appointing you the Office of the Federal

7  Public Defender.

8  Mr. Salazar [unintelligible] I am appointing attorney

9  Rafael Salas to represent you.  He is a lawyer private practice

10  that does a lot of work here in the federal courts.

11  Mr. Lopez, I appointed the Federal Public Defender, and for

12  a number of you here I will appoint the Office of the Federal

13  Public Defender.

14  Let me explain to you a little bit about that office and

15  who they are.  It is a lawyers office here in El Paso of about

16  20 attorneys.  One lawyer from that office will be designated

17  by that office to be your attorney.  They will be out to see

18  you before your court hearing.  Again, for both of you, the

19  next court hearing is Friday morning.

20  Mr. Lopez and Mr. Salazar, have you understood everything I

21  said?

22  DEFENDANTS:  Yes [by both].

23  THE COURT:  You can have a seat.

24  Ernesto Medina?

25  DEFENDANT MEDINA:  Present.

```
 1            THE COURT:  And Ernesto Olivas?

 2            DEFENDANT OLIVAS:  Present.

 3            THE COURT:  Gentlemen, you're each charged also with

 4   the felony offense of Conspiracy to Transport Aliens where the

 5   Government is alleging you had an agreement with each other or

 6   other individuals to transport and move aliens within the

 7   United States where you knew or acted in reckless disregard of

 8   the fact that these aliens had come to, entered, and remained

 9   in the United States in violation of the law.  The Government

10   is alleging this conspiracy, this agreement to transport

11   aliens.

12        The charge carries a possible maximum sentence of no time

13   in prison up to ten years in prison, a fine from 0 up to

14   $250,000, up to three years of supervised release, and a

15   special assessment of $100 and $5,000.

16        Mr. Medina, I am appointing attorney Orlando Mondragon to

17   represent you.

18        Mr. Olivas, I am appointing attorney Richard Jewkes to

19   represent you.

20        These are attorneys in private practice.  They do a lot of

21   work in the federal courts.  They will be by to see you before

22   your next court hearing, which will be a detention or bond

23   hearing on Friday as well as on that same day a preliminary

24   hearing at 9 o'clock this Friday here in this court.

25        Have you each understood everything I said?
```

```
 1              DEFENDANTS:  Yes [by both].

 2              THE COURT:  You can have a seat, both of you.

 3        Jesus Geraldo Ramos?

 4              DEFENDANT RAMOS:  Present.

 5              THE COURT:  Rene Hernandez Cordero?

 6              DEFENDANT HERNANDEZ:  Present.

 7              THE COURT:  Gentlemen, you are -- let me have just a

 8   moment please.  You're each charged with a federal firearms

 9   felony, and specifically with the offense of smuggling

10   firearms.

11        This felony charge carries a possible sentence from no time

12   in prison up to 15 years in prison, a fine from 0 up to

13   $250,000, up to three years of supervised release following any

14   imprisonment should you be convicted of this offense, and a

15   $100 special assessment.

16        Your next court hearing is this Friday at 9 o'clock in the

17   morning.  That would be for a preliminary and detention

18   hearing.

19        Again, the Government is asking you be detained pending

20   trial.  You can take up any bond matters with the Court at your

21   next court hearing.

22        Mr. Ramos, I will appoint the Office of the Federal Public

23   Defender to represent you.

24        Mr. Hernandez, I am appointing attorney Eduardo Solis to

25   represent you.  He is a lawyer in private practice that does
```

1    work here in federal criminal cases.

2        Have you each understood everything I said?

3            DEFENDANTS:  Yes [by both].

4            THE COURT:  You can have a seat.

5        Anyone here whose name I did not call?  All of you will be

6    meeting with your attorney in the very near future.  He or she

7    will discuss with you in detail everything I talked to you

8    about today.

9        In a few minutes, after you walk out, you will receive a

10   paper notification of your next court setting which will have

11   -- Mr. [unintelligible], is there a problem, sir?

12            UNKNOWN:  No.

13            THE COURT:  I saw you shaking your head.  All of you

14   will be get a paper notification of your next court hearing

15   with the information I passed on to you with regard to your

16   attorney and the next court hearing.

17       The last thing I'll mention to you is that if any of you

18   have not taken the COVID-19 vaccine, and you wish to do so, it

19   is available at the jail facility where you are currently

20   housed.  You can put yourself on the list to go to the

21   infirmary to talk to one of the medical personnel there about

22   it if you want to do it.

23       I am not telling you what to do.  It is your decision.  I

24   want to make sure that you know it is available.

25       Anything else?  That's it.  Very well, you all have a good

day.  We are in recess.

* * * * *

1                    CERTIFICATION
                     _____
2

3        I certify that the foregoing is a correct transcript from

4   the record of proceedings in the above-entitled matter.  I

5   further certify that the transcript fees and format comply with

6   those prescribed by the Court and the Judicial Conference of

7   the United States.

8

9   Date:   October 8, 2024

10                                  /s/ Walter A. Chiriboga, Jr.
                                    _____
11                                  Walter A. Chiriboga, Jr.

12

13

14

15

16

17

18

19

20

21

22

23

24

25