UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION


UNITED STATES OF AMERICA      )   No. EP-23-CR-1842-DB
                              )
vs.                           )   El Paso, Texas
                              )
RENE HERNANDEZ CORDERO (3)    )   April 24, 2024


FRYE HEARING

BEFORE THE HONORABLE DAVID BRIONES

UNITED STATES DISTRICT JUDGE



A P P E A R A N C E S:

FOR THE GOVERNMENT:   MR. KYLE MYERS &
                      MS. SHANNON HOLDERFIELD
                      Assistant United States Attorneys
                      700 E. San Antonio, Suite 200
                      El Paso, Texas  79901


FOR THE DEFENDANT:    MR. RAY GUTIERREZ
                      Attorney at Law
                      11623 James Grant Drive
                      El Paso, Texas  79936




Proceedings reported by court reporter.  Transcript produced via computer-aided transcription.

(Lucia Quevedo sworn to interpret Spanish into English.)

THE COURT:  The clerk will call the next case.

THE CLERK:  EP-23-CR-1842, Rene Hernandez Cordero.

MR. MYERS:  Your Honor, Kyle Myers and Shannon Holderfield for the Government.  Ready.

MR. GUTIERREZ:  Ray Gutierrez on behalf of the defendant.  Ready, Your Honor.

THE COURT:  You are Rene Hernandez Cordero?

THE DEFENDANT:  Yes.

THE COURT:  Originally, this was set for a *Frye* hearing for both Mr. Hernandez Cordero and Mr. Gerardo Ramos. Mr. Gerardo Ramos has elected to go ahead and enter a plea, which I'm going to hear in a few minutes, so we're only here on Mr. Hernandez.

The *Frye* hearing is to inform the defendant what's on the table, so he doesn't come in later and say, My attorney didn't tell me.

I understand there's nothing on the table; is that correct, Mr. Myers?

MR. MYERS:  There was, but it was rejected quite a while ago, Your Honor.  We had offered him a plea to one of the drug counts and one of the firearms charges, and acceptance, and we would have also agreed to like a neutral role, that he wouldn't receive an aggravating or mitigating --

THE COURT:  What are you willing to accept right now?

MR. MYERS:  Right now I would accept a plea to like Counts -- the -- one of the conspiracy to meth counts and one of the drug trafficking counts -- or firearms trafficking counts, excuse me.

THE COURT:  Do you understand, Mr. Gutierrez, what's on the table?

Does your client understand what's on the table?

MR. GUTIERREZ:  Your Honor, I've explained what's on the table, and I've also spoken to opposing counsel to see if they would hold it open.  I know we are -- we have not --

THE COURT:  Hold it open for how long?

MR. GUTIERREZ:  Well, Your Honor --

THE COURT:  He's set to go to trial on Monday.

MR. GUTIERREZ:  Right, Your Honor.  My client was -- filed a Superseding Indictment on April --

THE COURT:  I'm not accepting the 30-day -- the Superseding Indictment is substantially the same as the other Indictment.  There's not that much difference, and I'm not going to hold it off.

I scheduled this thing for trial months ago.  You're set for trial on Monday, and you're going to trial on Monday unless you accept a plea.

Is that Monday?

LAW CLERK:  Tuesday.

THE COURT:  Tuesday.  I stand corrected.

MR. GUTIERREZ:  Your Honor, so it's my understanding--

THE COURT:  So you have until today to let me know.

MR. GUTIERREZ:  Yes, Your Honor.

THE COURT:  You let me know by 5:00 today what he's going to do.

MR. GUTIERREZ:  Okay.  Very good.

THE COURT:  Otherwise, trial Tuesday.

You may be excused.

MR. GUTIERREZ:  Thank you, Your Honor.

THE COURT:  Are we ready to go on the other ones?

THE CLERK:  No, Your Honor.  We're still waiting for Mr. Perez.

THE COURT:  Okay.  We'll be in recess for a next few minutes.

* * * * *

CERTIFICATION


   I certify that the foregoing is a correct transcript from? the record of proceedings in the above-entitled matter.  I further certify that the transcript fees and format comply with those prescribed by the Court and the Judicial Conference of the United States.

Date:  October 7, 2024

                              /s/ Maria del Socorro Briggs

                              Maria del Socorro Briggs