


**GOVERNMENT EXHIBIT**

CASE NO. 23-CR-1842-DB

EXHIBIT NO. 3-B