**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. EP-23-CR-1842-DB** |
| | § | |
| **(3) RENE HERNANDEZ-CORDERO,** | § | |
| | § | |
| **Defendant.** | § | |

**UNITED STATES OF AMERICA'S**
**MOTION FOR FINAL JUDGMENT OF FORFEITURE**

Comes now the United States of America, by and through the United States Attorney for the Western District of Texas and the undersigned Assistant United States Attorney, and files its Motion for Final Judgment of Forfeiture, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and Title 21 U.S.C. §§ 853(n)(1-7), and in support thereof says the following:

**I.**

On May 7, 2024, a Jury Verdict (ECF No. 160) was entered against Defendant RENE HERNANDEZ-CORDERO finding him guilty of Counts One, Three, Four and Eight of the Superseding Indictment (ECF No. 86) convicting him of the violations of Title 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii), Title 18 U.S.C. §§ 932(a), (b) and (c), 933(a)(1), (a)(3), and (b), Title 18 U.S.C. § 371, and Title 31 U.S.C. § 5332. The Superseding Indictment and Second Bill of Particulars for Forfeiture of Property (ECF No. 124) included a Notice of Government's Demand for Forfeiture in which the United States gave the Defendant notice of its intent to seek forfeiture of the property described below pursuant to Title 21 U.S.C. §§ 853(a)(1) and (2), Title 18 U.S.C. §§ 934(a)(1)(A) and (B), and Title § 31 U.S.C. § 5332(b)(2).

The evidence admitted at trial and the Jury Verdict entered against the Defendant establishes that the property described below is subject to forfeiture to the United States pursuant to Title 21 U.S.C. §§ 853(a)(1) and (2), Title 18 U.S.C. §§ 934(a)(1)(A) and (B), and Title § 31 U.S.C. § 5332(b)(2), for the violations of Title 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)(viii), Title 18 U.S.C. §§ 932(a), (b) and (c), 933(a)(1), (a)(3), and (b), Title 18 U.S.C. § 371, and Title 31 U.S.C. § 5332, namely:

- $63,000.00, more or less, in United States currency,

hereinafter referred to as the Subject Property.

**II.**

On June 10, 2024, the Court entered a Preliminary Order of Forfeiture (ECF No. 168) and pursuant to said order, the notice of forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on June 19, 2024, and ending on July 18, 2024, as required by Fed. R. Crim. P. 32.2(b)(6)(C). The Declaration of Publication (ECF No. 170) was filed on August 2, 2024.

**III.**

The United States of America knows of no other potential persons or entities who may have a third-party interest in the Subject Property. Court records for the United States District Clerk's Office, El Paso Division, reveal that no petitions were filed in this cause by any third-party interests against the Subject Property pursuant to the provisions of Title 21 U.S.C. §§ 853(n)(1)-(7) and Fed. R. Crim. P. 32.2(b)(2), and the time for filing such petitions has expired.

**IV.**

On September 4, 2024, the Defendant was committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of three hundred (300) months as to Count One, one hundred-eighty (180) months as to Count Three and Count Four, and sixty (60) months as to Count Eight.

The Subject Property was also included in his Judgment in a Criminal Case (ECF No. 181) entered by this Court on September 4, 2024. Accordingly, this matter is ready for final disposition.

**V.**

The United States of America moves the Court to find that the United States of America has established the requisite nexus between the Subject Property and the violations described above by virtue of the evidence admitted at trial and the Jury Verdict (ECF No. 160) entered against the Defendant. The United States further moves the Court to find that Defendant has an interest in the Subject Property.

Plaintiff, United States of America, further moves the Court to order that any and all right, title, and interest of the Defendant in the Subject Property be forfeited to the United States of America.

Plaintiff, United States of America, further moves the Court to order that any and all right, title, and interest of all other potential petitioners in the Subject Property be held in default and forfeited to the United States of America.

Plaintiff, United States of America, further moves this Court to order that the Bureau of Alcohol, Tobacco, Firearms, and Explosives, the United States Marshals Service, and/or their designated agent, seize, take custody, control and possession of the Subject Property and dispose of the same in accordance with law.

Plaintiff, United States of America, further moves this Court to order that all terms and provisions contained in this Court's Preliminary Order of Forfeiture entered on June 10, 2024, in so much as may be applicable and consistent with this Order, shall remain in full force and effect.

WHEREFORE, ALL PREMISES CONSIDERED, the United States of America moves this Honorable Court for a Final Judgment of Forfeiture against the Subject Property wherein all right, title, and interest in said Subject Property shall enure to the United States of America.

Respectfully submitted,

JUSTIN R. SIMMONS
United States Attorney

By: /s/
Patricia J. Acosta
Assistant United States Attorney
Texas Bar No. 90001590
700 E. San Antonio, Suite 200
El Paso, Texas 79901
Tel: (915) 534-3404
Email: patricia.acosta@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing. Service is not applicable as there are no parties to be notified of or served with this filing.

/s/
Patricia J. Acosta
Assistant United States Attorney